UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:03-CR-361-B(1) |
| | ) | |
| HECTOR HURTADO-AGUILAR, | ) | |
| Defendant. | ) | |

### ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the defendant's *Motion for Reduction of Sentence Persuant [sic] to 18 U.S.C. § 3582(c)(2)* is **DENIED**.

**SIGNED** this 18th day of August, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE